# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

AMEN E IDUMWONYI,

      Plaintiff,

v.                                          Case No: 3:13-cv-1319-J-39JBT

CONVERGYS, DISTRICT COURT OF
APPEALS, HUBBARD HOUSE, DUVAL
COUNTY COURT, STATE OF
FLORIDA, SHARON JOHNSON,
Attorney, PRINCETON PROPERTIES,
ARBOR PLACE, and BRUCE
MUENCH, Attorney,

      Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Report and Recommendation (Doc. 20) issued by the United States Magistrate Judge recommending that this action be dismissed for failure to properly effect service under Rule 4(m) of the Federal Rules of Civil Procedure and for failure to prosecute pursuant to Rule 3.10(a) of the Local Rules for the Middle District of Florida. Plaintiff, who is proceeding *pro se*, received a copy of the Report and Recommendation but has not filed an objection to the findings and recommendation of the Magistrate Judge and the time for doing so has passed.

Accordingly, upon independent review of the file and for the reasons stated in the Report and Recommendation issued by the Magistrate Judge, it is hereby

**ORDERED AND ADJUDGED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 20) is **ADOPTED** as the opinion of the Court.

2. This action is dismissed without prejudice. The Clerk shall close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 12th day of May, 2014.

_____
BRIAN J. DAVIS
United States District Judge

Copies furnished to:

Counsel of Record